AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

CARLOS JOSE ARIAS, and

ADONIS RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05m-1013-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADONIS RODRIGUEZ
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly, and intentionally conspiring to distribute, and possessing with intent to distribute, cocaine, a Schedule II controlled substance, and distributing cocaine, a Schedule II controlled substance

in violation of
Title   21   United States Code, Section(s)  841(a)(1) and 846

JUDITH GAIL DEIN
Name of Issuing Officer

_signature_
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-04-2005   Boston, MA
Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at EXECUTED BY DEA ARREST/ARRAIGNMENT OF THE 2/8/05 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.