UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05CR 10055GAO |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| (1) CARLOS JOSE ARIAS, ) | 21 U.S.C. § 846 - |
| (2) ADONIS RODRIGUEZ ) | |
| (AKA "Al"), ) | Conspiracy to Possess with Intent |
| DEFENDANTS. ) | to Distribute, and to Distribute, |
| ) | Cocaine |
| ) | |
| ) | 21 U.S.C. 841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Cocaine |
| ) | |
| ) | 18 U.S.C § 2 - |
| ) | Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

**INDICTMENT**

<u>COUNT ONE</u>:   (21 U.S.C. § 846 - Conspiracy to Possess with
            Intent to Distribute, and to Distribute, Cocaine)

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about November 2003 and continuing thereafter until on or about December 31, 2003, at Peabody, Danvers and elsewhere in the District of Massachusetts,

   1. **CARLOS JOSE ARIAS, and**
   2. **ADONIS RODRIGUEZ (AKA "Al")**,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other

persons unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 12, 2003, at Peabody, in the District of Massachusetts,

**1. CARLOS JOSE ARIAS**,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**     (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 17, 2003, at Peabody, in the District of Massachusetts,

                    **2.    ADONIS RODRIGUEZ (AKA "Al"),**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:** (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 18, 2003, at Peabody, in the District of Massachusetts,

## 1. **CARLOS ARIAS**,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT FIVE**</u>:   (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine, 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about November 20, 2003, at Peabody, in the District of Massachusetts,

   **1. CARLOS JOSE ARIAS, and**
   **2. ADONIS RODRIGUEZ (AKA "Al"),**

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, Section 2.

**COUNT SIX:**     (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 20, 2003, at Peabody, in the District of Massachusetts,

**1. CARLOS JOSE ARIAS,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN:**     (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 24, 2003, at Peabody, in the District of Massachusetts,

**2. ADONIS RODRIGUEZ (AKA "Al"),**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT EIGHT:**   (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about November 24, 2003, at Peabody, in the District of Massachusetts,

**1.   CARLOS JOSE ARIAS**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT NINE:**     (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about December 10, 2003, at Danvers, in the District of Massachusetts,

    1.    **CARLOS JOSE ARIAS**

defendant here did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TEN**:        (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about December 15, 2003, at Danvers, in the District of Massachusetts,

    **1.    CARLOS JOSE ARIAS**

defendant here did knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**:    (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts 1 through 10 of this Indictment,

> 1. **CARLOS JOSE ARIAS, and**
> 2. **ADONIS RODRIGUEZ (AKA "Al")**,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

```
                              _____
                              FOREPERSON OF THE GRAND JURY
```

```
_____
DAVID G. TOBIN
Assistant U.S. Attorney
```

DISTRICT OF MASSACHUSETTS;   March ____, 2005.

Returned into the District Court by the Grand Jurors and filed.

```
                              _____
                              DEPUTY CLERK
                                           @ 2:30 PM
```

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Peabody     **Category No.** II     **Investigating Agency** DEA

**City** Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  05M-1013-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Adonis RODRIGUEZ        Juvenile  [ ] Yes  [X] No

Alias Name _____

Address   13 Goldberg Street, Peabody, MA 01960-3239

Birth date (Year only): 1968  SSN (last 4 #): 0971  Sex M  Race: Hispanic  Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin       Bar Number if applicable  552558

Interpreter:  [ ] Yes  [X] No     List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested     [ ] Regular Process     [X] In Custody

**Location Status:**

Arrest Date:   February , 2005

[X] Already in Federal Custody as   February , 2005   in   USMS
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:  [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 10, 2005    Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Adonis RODRIGUEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute Cocaine | 1 |
| Set 2  21 U.S.C. § 841(a)(1) | Dist. of Cocaine | 3, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised USAO MA 1/5/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: Peabody    Category No. II    Investigating Agency  DEA

City  Peabody             Related Case Information:

County  Essex             Superseding Ind./ Inf. _____    Case No. _____
                          Same Defendant _____    New Defendant _____
                          Magistrate Judge Case Number  05M-1013-JGD
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Carlos Jose ARIAS         Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  14 Clovelly Street, Apt. 2, Lynn, MA 01902-2602

Birth date (Year only):  1971   SSN (last 4 #):  5816   Sex  M   Race:  Hispanic   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  David G. Tobin         Bar Number if applicable  552558

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  February , 2005

☒ Already in Federal Custody as  February , 2005  in  USMS
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  9

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 10, 2005   Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carlos Jose ARIAS

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute Cocaine | 1 |
| Set 2  21 U.S.C. § 841(a)(1) | Dist. of Cocaine | 2, 4, 5, 6, 7, 8, 9, 10 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

XAriasRodriguezjs45.wpd - 1/15/04 (USAO-MA)