UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10055-GAO

UNITED STATES OF AMERICA

v.

CARLOS JOSE ARIAS
ADONIS RODRIGUEZ

## FURTHER ORDER ON EXCLUDABLE TIME

June 24, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 24, 2005 through July 1, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated March 29, 2005, May 9, 2005, June 10, 2005 and this order, as of July 1, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge