UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10055-GAO

UNITED STATES OF AMERICA

v.

CARLOS JOSE ARIAS
ADONIS RODRIGUEZ

**FINAL STATUS REPORT**

July 1, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, July 1, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant Adonis Rodriguez is a fugitive and his whereabouts are unknown. It is likely that the defendant Carlos Jose Arias will enter a plea, but no final agreement has been reached.

2. Discovery is completed at this time except that the government will produce two additional tapes within the next few days.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants do not intend to file any dispositive motions.

5. Based upon the prior order of the court dated March 29, 2005, May 9, 2005, June 10, 2005, and June 24, 2005, as of this date there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6.	It is estimated that if the case goes to trial, the trial will last approximately 3 days.

7.	The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


                     / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE